# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

INEZ S. ROTTMAN,

       Plaintiff,

v.                                               **No. 13-cv-0814 KG/SMV**

KMART CORP.,

       Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:       March 3, 2014, at 10:30 a.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for March 3, 2014, at 10:30 a.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery and choose a date on which to conduct a settlement conference.  Parties are reminded to have their calendars available for the hearing.

       **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.