IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

INEZ S. ROTTMAN,

        Plaintiff,

vs.                                                              CIV 13-0814 KG/SMV

KMART CORPORATION,

        Defendant.

### ORDER SETTING AN IN PERSON STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held in person on **THURSDAY, JANUARY 30, 2014 at 11:00 a.m**. at the United States Courthouse, 4th Floor, Mimbres Courtroom, 333 Lomas Blvd. NW, Albuquerque, New Mexico.  Counsel shall be prepared to discuss the setting of pretrial conferences and a trial in this matter.

_____
UNITED STATES DISTRICT JUDGE