UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

INEZ S. ROTTMAN,
        Plaintiff,

v.                              No. 2:13-cv-00814-KG-SMV

KMART CORPORATION,
        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of the Parties [Doc. 39], and good cause appearing, IT IS ORDERED that this action is DISMISSED, in its entirety and WITH PREJUDICE, each party to bear its own costs and attorneys' fees incurred therein. The Clerk is directed to close this file. IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE